**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kirk  Bratton |
| Debtor 2 (Spouse, if filing) | Lori  Bratton |
| United States Bankruptcy Court for the: | Western    District of    Kentucky (State) |
| Case number | 19-33655-acs |

## Official Form 410S1

# Amended Notice of Mortgage Payment Change          12/15

**This Notice of Mortgage Payment Change amends the Notice of Mortgage Payment Change originally filed on 12/4/2019.**

**f the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    Fifth Third Bank

**Court claim no.** (if known):          6-1

**Last four digits** of any number you use to identify the debtor's account:          8620

**Date of payment change:**
Must be at least 21 days after date of this notice          12/25/2019

**New total payment:**
Principal, interest, and escrow, if any    $163.20

---

### Part 1:   Escrow Account Payment Adjustment

**1.   Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:   $          New escrow payment:   $

---

### Part 2:   Mortgage Payment Adjustment

**2.   Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why:

Current interest rate:          %          New interest rate:          %

Current principal and interest payment   $          New principal and interest payment:   $

---

### Part 3:   Other Payment Change

**3.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change:    Please see attached document for explanation of change.

Current mortgage payment:   $174.23          New mortgage payment:   $163.20

| Debtor 1 | | Kirk  Bratton | | Case Number *(if known)* | 19-33655-ACS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐     I am the creditor.

☒     I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗**   /s/ **Mukta Suri**                    Date   <u>01/03/2020</u>
     Signature

Print:     **Mukta Suri**                     Title   Authorized Agent for Fifth Third Bank, N.A.
           First Name     Middle Name     Last Name

Company    Bonial & Associates, P.C.

Address      14841 Dallas Parkway, Suite 425
              Number           Street
              Dallas, Texas  75254
              City           State          Zip Code

Contact phone     (972) 643-6600          Email     POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF AMENDED NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 3, 2020 via electronic notice unless otherwise stated.

**Debtor**　　　　　*Via U.S. Mail*
Kirk Bratton
7909 Ridgehurst Pl
Louisville, KY 40299-6517

**Debtor**　　　　　*Via U.S. Mail*
Lori Bratton
7909 Ridgehurst Pl
Louisville, KY 40299-6517

**Debtors' Attorney**
Nick C. Thompson
800 Stone Creek Parkway
Suite 6
Louisville, KY  40223

**Chapter 13 Trustee**
William W. Lawrence -13
310 Republic Plaza
200 S. Seventh Street
Louisville, KY 40202

Respectfully Submitted,

/s/  **Mukta Suri**

　　　　　　　　　　　　　　3062-N-2524

Pursuant to the security agreement, the monthly payment amount equals the finance charges (APR times the daily balance of the account) that accrued on the outstanding balance during the preceding billing period.